IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 1:13cr 429 |
| v. | ) | |
| | ) | Count 1:  18 U.S.C. §1001 |
| SHEIKH JAVED REHMAT, | ) | False Statements |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### November 2013 TERM -- AT ALEXANDRIA

### False Statements

THE GRAND JURY CHARGES THAT:

On or about July 19, 2011, in the County of Queens, in the Eastern District of New York, defendant SHEIKH JAVED REHMAT did knowingly, willfully, and unlawfully make material false and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the Government of the United States. In specific, SHEIKH JAVED REHMAT stated to agents of the Federal Bureau of Investigation that:

A. REHMAT was not familiar with or involved in Zaheer Ahmad's efforts to purchase from Yasin Kadi and the Muwaffaq Foundation stock shares in the corporation that controlled the Shifa Hospital;

B. Neither the Society for International Help nor the Tameer-e-Millat Foundation sent money to Shifa Hospital;

C. REHMAT never sent money to Syed Ghulam Nabi Fai, the Kashmir American Council, Shifa Hospital, or Zaheer Ahmad; and

D. REHMAT never received money from Abdul Akif.

The statements and representations specified above were material to an investigation in the Eastern District of Virginia because agents of the Federal Bureau of Investigation and the Internal Revenue Service in this district were investigating between 2010 and 2012 the sources of monies that were received and/or disbursed by Syed Ghulam Nabi Fai, the Kashmiri American Council, Yasin Kadi, and the Muwaffaq Foundation. They were false, in that, as SHEIKH JAVED REHMAT well knew:

A. REHMAT repeatedly communicated with Zaheer Ahmad about the plan to purchase from Yasin Kadi and the Muwaffaq Foundation stock shares in the corporation that controlled the Shifa Hospital, and participated in the purchase of such shares.

B. REHMAT arranged with Zaheer Ahmad to transfer money from the Society for International Help to the Tameer-e-Millat Foundation in order to purchase from Yasin Kadi and the Muwaffaq Foundation stock shares in the corporation that controlled the Shifa Hospital;

C. REHMAT repeatedly sent money to Syed Ghulam Nabi Fai, the Kashmir American Society, Shifa Hospital, and Zaheer Ahmad; and

D. REHMAT received money from Abdul Akif at the behest of Zaheer Ahmad.

(In violation of Title 18, United States Code, Section 1001(a)(2).)

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

FOREPERSON OF THE GRAND JURY

Dana Boente
Acting United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney

Allison Ickovic
Special Assistant United States Attorney

John T. Gibbs
Trial Attorney, United States Department of Justice

2